FILED - USDC - FLMD - OCA
AUG 27 2026 AM9:15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

LARRY KLAYMAN

Plaintiff

v. **Case No:** 5:26-CV-610-JSS-PRL

ROGER STONE

Defendant.

## COMPLAINT

Plaintiff LARRY KLAYMAN ("Plaintiff or Mr. Klayman") hereby files this Complaint against ROGER STONE ("Defendant Stone") pursuant to 18 U.S.C. § 1961 et seq. ("Racketeer Influenced and Corrupt Organizations Act" or "RICO"), Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), the Lanham Act, and for tortious interference.

## THE PARTIES

1. Plaintiff Larry Klayman is an individual and citizen of Florida. He is a public interest and private lawyer, an author, columnist and syndicated radio talk and podcast show host, who depends on his credibility and reputation for honesty, character and integrity to earn a living and to present his message and further his mission to promote an honest government and legal system. Mr. Klayman is known as a conservative oriented public interest and private legal advocate. In 2003-2004, Mr. Klayman was a candidate for the U.S. Senate in Florida.

2. Defendant Stone is an individual and citizen of Florida. He is a convicted felon on seven counts of perjury, witness tampering and obstruction of justice.

## FACTS

3. Defendant Stone is a self-proclaimed "Dirty Trickster" who admires and frequently extols the "virtues" of Mafia figures and other unsavory persons, who he professes to pattern himself after. On information and belief, Defendant Stone is a member of the Mafia and frequently threatens people and interests with physical and other harm, as is the practice of the Mafia. As just one example, he has been a lobbyist in and for the gambling industry, which is riddled with embedded Mafia involvement.

4. In this regard, Defendant Stone even likes to and openly portrays himself proudly as Mafia, and at a minimum his Mafia connections, frequently making reference to Mafia figures who he admires, as well as other unsavory types who have been alleged to have engaged in unethical and/or illegal and criminal behavior. For example, he frequently makes reference to his heroes being the likes Hyman Roth in the 'Godfather," who was the movie version of Meyer Lansky, and Roy Cohn, who was Lansky's Mafia lawyer who defended him and his mob organization which became known as "Murder Inc." Not coincidentally, Cohn also represented Donald J. Trump and that is how Defendant Stone got to know him.

5. Defendant Stone employs his dirty tricks to trade on influence, and has, on information and belief, exercised his past influence with President Donald J. Trump, who Trump now has apparently "disowned" as a paid political consultant and lobbyist, with regard to furthering appointments of judges to the federal bench. On the other side of the coin, Defendant Stone has even physically threatened to harm if not kill a federal judge who presided over this prosecution, the Honorable Amy Berman Jackson, when he widely posted a picture of her in his crosshairs online in his social media accounts. *See* Michael Balsamo, *Judge orders Roger Stone to court over Instagram post*, PBS News, Feb. 19, 2019, available at:

https://www.pbs.org/newshour/politics/judge-orders-roger-stone-to-court-over-instagram-post. Exhibit 1.

6. For nearly a decade, Defendant Stone has engaged in a pattern and practice of trying to destroy Mr. Klayman's reputation and professional endeavors and to eliminate Mr. Klayman as what he views as a competitor in the conservative public figure industry, and for other nefarious vindictive malicious reasons, including but not limited to his mental issues, such as paranoia and uncontrolled vicious anger.

7. This pattern and practice in part stemmed from Defendant Stone being indicted by Special Counsel Robert Mueller as part of the "Russian Collusion' investigation (the "Mueller Indictment").

8. Specifically, the seven count Mueller Indictment against Defendant Stone involved his lying under oath to the federal government - that is, perjury - witness tampering, and obstruction of justice by threatening to kill a material witness, Randy Credico ("Credico") and his service dog, if Credico did not lie or invoke the Fifth Amendment in Mafia fashion, ala Frank Pantangeli in the movie "Godfather," to government authorities concerning his involvement with Defendant Stone. In this regard Justice Department prosecutors proposed showing this clip of the Godfather to the jury, as Stone has threatened Credico to emulate Pantangeli.

9. At the time, Mr. Klayman's client and friend, Dr. Jerome Corsi ("Dr. Corsi"), was named as a material witness to Defendant Stone's criminal prosecution.

10. Thus, even before Defendant Stone was indicted, he began a public relations campaign to maliciously defame, smear, intimidate and threaten not only Dr. Corsi to illegally tamper with a material witness, but also his attorney at the time, Mr. Klayman. Defendant Stone knew that he was going to be indicted, and therefore began this public relations campaign to

maliciously defame smear, intimidate and threaten Dr. Corsi and Mr. Klayman, a material witness and his legal counsel, even before his actual indictment on January 25, 2019, in order to try to influence public opinion and Special Counsel Robert Mueller – by trying to attribute guilt to Plaintiff Corsi and not him - as well as to try to raise money for his legal defense and generally.

11. This defamatory and disparaging public relations campaign was calculated to coerce if not bludgeon Dr. Corsi to testify falsely at Defendant Stone's criminal trial before in the U.S. District Court for the District of Columbia before the Honorable Amy Berman Jackson.

12. Defendant Stone's tactics did not work, as he was subsequently convicted on seven felony counts of perjury, witness tampering and obstruction of justice. While his 40-month sentence to serve time federal prison was commuted and later pardoned by President Donald J. Trump on specious claims he would die in prison during the COVID-19 pandemic, the large harm done to Mr. Klayman's reputation and his professional endeavors were already accomplished.

13. Since that time, Defendant Stone has continued to engage in a campaign of smearing, defaming and harming Mr. Klayman publicly in this district, the nation and internationally in order to vindictively and maliciously destroy Mr. Klayman's reputation and endeavors financially and otherwise, and to eliminate Mr. Klayman as what he views as a competitor in the conservative public figure industry, and otherwise.

14. In this regard, Defendant Stone had enlisted and continues to team up and worked in concert with his well-paid lawyers, Robert Buschel ("Buschel") and Grant Smith ("Smith"), to engage in this campaign of smearing and harming Mr. Klayman publicly.

15. Buschel and Smith have long been Defendant Stone's attorneys for all his legal issues, including representing him during his criminal trial.

16. More recently, Defendant Stone, Buschel, and Smith have worked in concert to fraudulently influence, tortiously interfere with and harm a case which was filed by Mr. Klayman on behalf of his client, Laura Loomer styled *Loomer v. Maher et al*, 5:24-cv-006725 (M.D. Fla.) (the "Loomer Defamation Case").

17. The Loomer Defamation Case was brought on behalf of Ms. Loomer to seek redress for defamatory statements published by Bill Maher and Home Box Office, Inc. on an episode of Real Time with Bill Maher. These defendants published:

> I think maybe Laura Loomer's in an arranged relationship to affect the election because she's very close to Trump. She's 31, looks like his type. We did an editorial here a few years ago…it was basically, who's Trump fucking? Because I said, you know, it's not nobody. He's been a dog for too long, and it's not Melania. I think we may have our answer this week. I think it might be Laura Loomer.

18. Given the plainly defamatory and defamatory *per se* nature of this publication, this was an extremely strong case which Ms. Loomer and Mr. Klayman had a great chance of prevailing on. It was therefore no surprise that the Court in that matter initially denied the Defendants' motion to dismiss.

19. However, on information and belief, due to the improper interference from Defendant Stone and his "dirty trickster" tactics, the Court in the Loomer Defamation Case unexpectedly later granted the Defendants' motion for summary judgment despite that motion being nothing more than a recycled version of their previously denied motion to dismiss.

20. Notably, Defendant Stone negatively influenced the Court through social media posts trashing Ms. Loomer and Mr. Klayman and accusing Ms. Loomer of lying in the Loomer Defamation Case before the Court granted the Defendants' motion for summary judgment.

21. These social media posts were published specifically targeting both this Court and the U.S. Court of Appeals for the Eleventh Circuit's consumption. Defendant Stone made false

statements smearing the merits of the Loomer Defamation Case, Ms. Loomer's character, as well Mr. Klayman's character and competence.

22. Defendant Stone made these posts with the specific intent that these Courts would be influenced and that they would be used at any trial on the merits against Ms. Loomer as admissions against interest, however false, as set forth below.

23. Specifically, as set forth below, Defendant Stone posted the totally false statement that (1) it was actually Ms. Loomer who spread the rumor that she had had sexual relations with President Trump, (2) she was a habitual liar who could not be trusted, (3) was crazy to the point that she needed to be institutionalized (4) that she had told him that she considered hanging herself, and (5) that she was available for sale and was paid for her social media posts.

24. Specifically, as set forth below, Defendant Stone made the totally false posts that Mr. Klayman is (1) "barred from the practice of law in all relevant jurisdictions, (2) is "barred from the practice of law in many Jurisdictions for ethical reasons," (3) is a "shithead," and (4) is a "buffoon."

25. It is highly likely that the Honorable James S. Moody ("Judge Moody") and others in the U.S. District Court for the Middle District of Florida picked up on and read Defendant Stone's posts set forth below and it influenced the result of the Loomer Defamation Case, given that, on information and belief, judges and their clerks often roam social media read up on and have email alerts set for their higher profile cases and the parties appearing before them. These members of the Court know who Defendant Stone is and they also know the influence that he claims to hold over many important individuals—including those who are

directly involved in making judicial appointments, as Stone was and perhaps still is a close friend of and political consultant to President Donald J. Trump.

26. This is evidenced by the timeline of Defendant Stone's social media posts, which were primarily made on April 7 and April 8, 2026—just a few weeks before the Court granted the Defendants' motion for summary judgment in the Loomer Defamation Case on April 22, 2026.

27. Defendant Stone even went on to gloat and boast about how he had "predicted" that Ms. Loomer would lose her case—clearly taking credit for his intentional interference in the Loomer Defamation Case.

28. It is clear how Defendant Stone's social media posts, especially falsely publishing that Ms. Loomer of fabricated the rumor that she had had sex with President Trump, would be especially damaging to her case. The same applies to posts referring to Ms. Loomer as a habitual liar, and also her counsel, Mr. Klayman as being "barred from the practice of law in all relevant jurisdictions," a "shithead," and a "buffoon," among other malicious publications.

29. This caused great harm to both Mr. Klayman as well as Ms. Loomer, as they have lost the opportunity to take the Loomer Defamation Case to trial at this time and destroyed any possibility of settlement.

30. This causes continuing harm as it damages Ms. Loomer's chances on appeal, which is ongoing at this time. Just like Judge Moody and others at the U.S. District Court for the Middle District of Florida, the judges at the U.S. Court of Appeals for the Eleventh Circuit where this appeal is ongoing are also likely to see and react to Defendant Stone's social media posts, which, as set forth below, are ongoing and also targeted for the U.S. Court of Appeals for the Eleventh Circuit's consumption.

31. Furthermore, Mr. Klayman has suffered harm in the form of a lost large contingent fee as well as lost time and resources dedicated to the Loomer Defamation Case as well as out-of-pocket expenses given legal representation agreement that he had with Ms, Loomer. Thus, Mr. Klayman also lost the opportunity to win a large fee award, either at trial or through settlement, in a case where the defamatory statement was defamatory per se and therefore injury presumed—*see* Comp. ¶ 17. Notably, the Amended Complaint prayed for in excess of $500,000,000 in damages, and thus the pecuniary harm to Mr. Klayman as a direct and proximate result of Defendant Stone's conduct was huge.

32. Furthermore, even in the event that the Loomer Defamation Case survived the summary judgment phase, Defendant Stone's social media posts were intended to harm Ms. Loomer's chances at mediation and at any eventual trial, where these posts—however false—would certainly have been introduced as evidence as admissions against interest, however false, and otherwise, against Ms. Loomer and Defendant Stone likely being called as a witness against her. Defendant Stone, given his pattern and practice of doing so, would have taken this opportunity to further smear Mr. Klayman and Ms. Loomer.

33. Defendant Stone's interference is retaliation against Ms. Loomer and Mr. Klayman. Ms. Loomer had questioned Defendant Stone's ethics and behavior, which caused him to lash out and interfere with her lawsuit. Klayman has also done so over the years, having had personal experience with Stone on several occasions and in several venues.

34. His motivation to threaten and harm against Mr. Klayman is enhanced and driven in part by his longstanding vendetta and grudge stemming from his representation of Dr. Corsi and other factors.

35. On information and belief, Defendant Stone—in concert with Buschel and Smith—have taken other actions to harm Mr. Klayman, Ms. Loomer and Dr. Corsi, which will be revealed in discovery.

36. As set forth herein, Defendant Stone, Buschel and Smith's actions, acting in concert with Defendant Stone as in effect, well-paid "hired guns," violated the federal RICO statute as well as the FDUTPA, the Lanham Act, and common law tortious interference.

***Facts Pertaining to RICO***

37. At all relevant times, Defendant Stone and his lawyers conducted their affairs through an association-in-fact enterprise within the meaning of 18 U.S.C. § 1961(4) (the "Enterprise"). The Enterprise consisted of Defendant Stone and non-defendant participants Buschel and Smith. The Enterprise is distinct from each of its constituent members.

38. The Enterprise had a common purpose: to smear, intimidate, and tamper with Mr. Klayman and to eliminate him as a competitor in the conservative public figure industry and to harm the interests of Mr. Klayman's clients and friends such as Ms. Loomer and Dr. Corsi, and otherwise.

39. Buschel and Smith's participation in the Enterprise's affairs went beyond the rendering of legal services to a client and was, indeed, extrajudicial.

40. Buschel actively tried to hide the conduct of the Enterprise, as he falsely and fraudulently told Mr. Klayman recently 2026, when Mr. Klayman offered to settle a prior suit if Stone would in part cease and desist, that Defendant Stone had not tweeted about with him or his clients in years. As set forth below, this is plainly false and was a blatant lie, thereby creating a strong presumption of his complicity along with his legal partner Grant Smith.

41. Each member of the Enterprise participated in the conduct of the Enterprise's affairs, knew the nature and scope of the Enterprise's common purpose, and committed or aided and abetted the commission of the predicate acts described below. The Enterprise's relationships and activities extended over a period of years, predating and continuing beyond the specific events at issue in this Complaint, sufficient to permit the Enterprise to pursue its common purpose.

42. The Enterprise committed the following predicate acts, constituting wire fraud under 18 U.S.C. § 1341.

a. On or about October 26, 2018, Defendant Stone used the U.S. wires to make the following false and fraudulent statement about Dr. Corsi on the Infowars network with Alex Jones:

> Dr. Corsi "seemed to be extremely mentally degraded to the point of what I would call dementia."

b. On or about January 17, 2019, Defendant Stone Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi on the Infowars network:

> "the good doctor [Corsi] has told a number of lies. In fact, he's starting to conflate his lies.... he was perfectly willing to lie about me.... but now lying about Alex Jones, lying about InfoWars, lying about Dr. (David) Jones, who's one of the nicest, gentlest, sweetest, most honest men I have ever met, it's beyond the pale.... Jerry Corsi can no longer be believed."

> "I think you've [Corsi] been deep state from the beginning. Your whole birther thing is used as a club to destroy conservatives....I look forward to our confrontation. I will demolish you. You're a fraudster, out of your alcoholic haze you have made up lies about David Jones and Alex Jones and Roger Stone and now I suspect they want you to lie about the President."

c. On or about January 18, 2019, Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi and Mr. Klayman on the Infowars network with Owen Shroyer:

> "He (Corsi) was perfectly willing to lie, to perjure himself saying that a memo that he had wrote me was written on the 30th for the purposes of cover-up…. which is further proof that Jerry lied under oath.
>
> Dr. Corsi had been "fired from World Net Daily."
>
> "[Y]ou can always tell when Jerry Corsi is lying because his lips are moving…."
>
> "Jerry was prepared to stab a principle Trump supporter in the back, he was perfectly prepared to bear false witness against me, even though I had done nothing in my entire life other than help him."
>
> "He's (Klayman) never actually won a courtroom victory in his life."
>
> "He (Klayman) was ousted at Judicial Watch. Ask Tom Fitton [the current president of Judicial Watch] why he left. He was 'ousted' because of a 'sexual harassment complaint.'"
>
> Mr. Klayman is a "piece of garbage."
>
> "For those people out there who think…that Larry Klayman's IQ is higher than 70, you're wrong…"

d. On or about January 21, 2019, Defendant Stone Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi on the Infowars network:

> He [Corsi] was perfectly willing to bear false witness against me on multiple points that are complete fabrications."

e. On or about June 26, 2021, Defendant Stone posted and thus published using the U.S. wires the following false, malicious, and defamatory statement on Gab of and concerning Plaintiff Larry Klayman:

> Incredible! I have actually found the single biggest asshole on Gab. This jerk off actually tries to defend Larry Klayman, the warped former lawyer that the 11th circuit found guilty of molesting his own children.

f. On or about June 27, 2021, Defendant Stone published using the U.S. wires on Gab a so-called "clarification" on June 27, 2021, which contained further false, malicious, and defamatory statements of and concerning Mr. Klayman, which given the legalese contained therein was clearly prepared and drafted on his behalf by Bushel and Smith:

> Asshole Alert. Please allow me to clarify my comments about Larry Klayman. Remarkably, Larry Klayman is still allowed to practice law

> (he is not a former lawyer, but may be someday) even though over the last several years he has been suspended by several jurisdictions, is currently under suspension by courts in DC and Pennsylvania, and is forever forbidden from appearing in front of at least two Federal Judges. As to his inappropriate behavior with his own children, an Ohio Magistrate Judge found that as a fact, and the 11th Circuit recognized that fact finding, that on more than one occasion Klayman acted in a grossly inappropriate manner with his own children. The Magistrate wrote, "His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended that the children would. That, however, does not mean that he didn't engage in those acts or that his behavior was proper." (Not that the 11th Circuit found him guilty. There were no charges) As a non-lawyer, I regret the confusion of my reading of the complex and numerous legal documents regarding Larry Klayman. #Asshole.

g. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him….
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

h. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving…..
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

i. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

j. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.
>
> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

k. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

l. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

43. These predicate acts constitute wire fraud, as they were intended to, and did, in fact defraud the public into believing these lies spread by the Enterprise of and concerning Mr. Klayman and his clients and friends, Ms. Loomer and Dr. Corsi.

44. Given the legalese and professional legal terminology used in these predicate acts, it is clear that they were prepared, drafted, or at a minimum reviewed and approved by lawyers Buschel and Smith before being published using the U.S. wires, who profit handsomely from their slavish and compliant representation of Defendant Stone.

45. The predicate acts alleged above constitute a pattern of racketeering activity within the meaning of 18 U.S.C. § 1961(5). The acts are related because they share a common purpose, common participants, and a common victim, and a common method.

46. The pattern exhibits continuity, spanning at least from October 2018 through April of 2026 — a period of nearly eight (8) years and comprising at least ten (10) predicate acts.

47. As a direct and proximate result of the conduct alleged in this Complaint, Mr. Klayman has suffered injuries to his business and property, including but not limited to loss of goodwill and reputation, loss of clients, loss of business, present and prospective, loss of financial opportunities, and the loss of the opportunity to successfully, litigate and benefit financially and otherwise from the Loomer Defamation Case.

***Facts Pertaining to FDUTPA and Unfair Competition***

48. In addition to the violation of the RICO statute, Defendant Stone has engaged in unfair and deceptive trade practices in order to eliminate Mr. Klayman as a competitor in the conservative public figure industry and to eliminate and harm Mr. Klayman's friends and clients such as Ms. Loomer and Dr. Corsi, and otherwise.

49. In addition to being a public interest litigator/advocate Mr. Klayman is a competitor of Defendant Stone as both conservative media personalities, broadcasters, authors and columnists and salesmen on social media and elsewhere.

50. Not coincidentally, Mr. Klayman's friends and clients, Dr. Corsi and Ms. Loomer are also competitors to Defendant Stone in this regard as both are conservative media personalities just like Defendant Stone.

51. Specifically, Mr. Klayman is the founder, Chairman and General Counsel of Freedom Watch, Inc., which has the mission of investigating and prosecuting government corruption and abuse through legal advocacy. He also was at all material times in private practice with The Klayman Law Group, P.A. He is unique as a public interest advocate. He has been a columnist for World Net Daily and has had about 600+ columns published over the last 10 years. He has also been a columnist for Newsmax through a blog titled "Klayman' Court" and in addition to having published numerous books." He also appears on radio shows and does daily podcasts titled "Special Prosecutor with Larry Klayman."

52. Both Mr. Klayman and Defendant Stone therefore compete for financial and other support to operate and to enable and finance their work. Both derive financial benefit from appearing on radio and internet programs as a conservative political analysist and media personalities, as well as from their other endeavors.

53. Defendant Stone published false and deceptive statements of and concerning Mr. Klayman and his clients to destroy his reputation and good will and to eliminate him as a competitor, as well as to cause other harm and damage as alleged herein. These statements include:

a. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him....
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

b. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving.....
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

c. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

d. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.

> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

e. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

f. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

**<u>First Cause of Action</u>**
***Violation of RICO, 18 U.S.C. § 1962(c)***

54. Section 1962(c) of Title 18 prohibits any person employed by or associated with an enterprise engaged in, or the activities of which affect, interstate commerce from conducting or participating, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity.

55. At all relevant times, Defendant Stone was a "person" within the meaning of 18 U.S.C. §§ 1961(3) and 1962(c), capable of holding a legal or beneficial interest in property.

56. The Enterprise described above is an "enterprise" within the meaning of 18 U.S.C. § 1961(4), and its activities affect interstate commerce.

57. Defendant Stone conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs through the pattern of racketeering activity in concert with his attorneys Buschel and Smith as alleged herein described above, including violations of 18 U.S.C. § 11341 (wire fraud). The specific instances of wire fraud include using the U.S. wires to make the following false and fraudulent statements about Mr. Klayman and his friends and clients, such as Ms. Loomer and Dr. Corsi:

a. On or about October 26, 2018, Defendant Stone used the U.S. wires to make the following false and fraudulent statement about Dr. Corsi on the Infowars network with Alex Jones:

> Dr. Corsi "seemed to be extremely mentally degraded to the point of what I would call dementia."

b. On or about January 17, 2019, Defendant Stone Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi on the Infowars network:

> "the good doctor [Corsi] has told a number of lies. In fact, he's starting to conflate his lies.... he was perfectly willing to lie about me.... but now lying about Alex Jones, lying about InfoWars, lying about Dr. (David) Jones, who's one of the nicest, gentlest, sweetest, most honest men I have ever met, it's beyond the pale.... Jerry Corsi can no longer be believed."

> "I think you've [Corsi] been deep state from the beginning. Your whole birther thing is used as a club to destroy conservatives....I look forward to our confrontation. I will demolish you. You're a fraudster, out of your alcoholic haze you have made up lies about David Jones and Alex Jones and Roger Stone and now I suspect they want you to lie about the President."

c. On or about January 18, 2019, Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi and Mr. Klayman on the Infowars network with Owen Shroyer:

> "He (Corsi) was perfectly willing to lie, to perjure himself saying that a memo that he had wrote me was written on the 30th for the purposes of cover-up.... which is further proof that Jerry lied under oath.
>
> Dr. Corsi had been "fired from World Net Daily."
>
> "[Y]ou can always tell when Jerry Corsi is lying because his lips are moving...."
>
> "Jerry was prepared to stab a principle Trump supporter in the back, he was perfectly prepared to bear false witness against me, even though I had done nothing in my entire life other than help him."
>
> "He's (Klayman) never actually won a courtroom victory in his life."
>
> "He (Klayman) was ousted at Judicial Watch. Ask Tom Fitton [the current president of Judicial Watch] why he left. He was 'ousted' because of a 'sexual harassment complaint.'"
>
> Mr. Klayman is a "piece of garbage."
>
> "For those people out there who think...that Larry Klayman's IQ is higher than 70, you're wrong..."

d. On or about January 21, 2019, Defendant Stone Defendant used the U.S. wires to make the following false and fraudulent statements about Dr. Corsi on the Infowars network:

> He [Corsi] was perfectly willing to bear false witness against me on multiple points that are complete fabrications."

e. On or about June 26, 2021, Defendant Stone posted and thus published using the U.S. wires the following false, malicious, and defamatory statement on Gab of and concerning Plaintiff Larry Klayman:

> Incredible! I have actually found the single biggest asshole on Gab. This jerk off actually tries to defend Larry Klayman, the warped former lawyer that the 11th circuit found guilty of molesting his own children.

f. On or about June 27, 2021, Defendant Stone published using the U.S. wires on Gab a so-called "clarification" on June 27, 2021, which contained further false, malicious, and defamatory statements of and concerning Mr. Klayman, which given the legalese contained therein was clearly prepared and drafted on his behalf by Bushel and Smith:

> Asshole Alert. Please allow me to clarify my comments about Larry Klayman. Remarkably, Larry Klayman is still allowed to practice law

> (he is not a former lawyer, but may be someday) even though over the last several years he has been suspended by several jurisdictions, is currently under suspension by courts in DC and Pennsylvania, and is forever forbidden from appearing in front of at least two Federal Judges. As to his inappropriate behavior with his own children, an Ohio Magistrate Judge found that as a fact, and the 11th Circuit recognized that fact finding, that on more than one occasion Klayman acted in a grossly inappropriate manner with his own children. The Magistrate wrote, "His conduct may not have been sexual in the sense that he intended to or did derive any sexual pleasure from it or that he intended that the children would. That, however, does not mean that he didn't engage in those acts or that his behavior was proper." (Not that the 11th Circuit found him guilty. There were no charges) As a non-lawyer, I regret the confusion of my reading of the complex and numerous legal documents regarding Larry Klayman. #Asshole.

g. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him....
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

h. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving.....
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

i. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

j. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.
>
> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

k. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

l. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

58. As a direct and proximate result of Defendant Stone's conduct, Mr. Klayman has been injured in his business and property as set forth above

**Second Cause of Action**
***Violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA")***

59. Defendant Stone and Mr. Klayman are competitors as conservative media personalities, broadcasters, authors and columnists and salesmen on social media and elsewhere

60. Defendant Stone published the following deceptive, false and misleading statements of and concerning Mr. Klayman and his friends and clients such as Ms. Loomer:

a. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him….
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

b. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving…..
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

c. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

d. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.
>
> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

e. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

f. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

61. These statements constitute unfair and deceptive acts in violation of Fla. Stat. §§ 501.201 *et seq.*

62. The conduct of the Defendant Stone described herein constitutes unfair and deceptive acts or practices within the meaning of FDUTPA, which is intended to "protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the course of any trade or commerce." Fla. Stat. § 501.202(2). FDUTPA is also intended to "make state consumer protection and enforcement consistent with established policies of federal law relating to consumer protection." Fla. Stat. § 501.202(3).

63. Defendant Stone's illegal conduct is therefore in violation of FDUTPA, substantially affected Florida commerce in this district and elsewhere, and caused Mr. Klayman severe injury and harm in an amount to be determined by a jury at trial.

**Third Cause of Action**
***Tortious Interference***

64. Mr. Klayman had in effect an ongoing legal relationship with the U.S. District Court for the Middle District of Florida as a result of the lawsuit that he had filed on behalf of his client, Laura Loomer, against Bill Maher and HBO in this Court.

65. Even after Mr. Klayman was substituted out from this case, his legal relationship continued as he would still have been entitled as a contingent fee to a large portion of any jury award or settlement in the Loomer Defamation Case for the work he had done, which was considerable, plus recoupment for expenses and costs.

66. Defendant Stone knew of the legal relationship between Mr. Klayman and the U.S. District Court for the Middle District of Florida, which has now continued into the U.S. Court of Appeals for the Eleventh Circuit, where the Loomer Defamation Case is now on appeal.

67. Defendant Stone intentionally interfered with the legal relationship between Mr. Klayman and U.S. District Court for the Middle District of Florida, which relationship has continued into the U.S. Court of Appeals for the Eleventh Circuit, through his social media posts tampering with the adjudication and litigation of the Loomer Defamation Case, ultimately causing the Honorable James S. Moody of the U.S. District Court for the Middle District of Florida to grant the Defendants' motion for summary judgment in the Loomer Defamation Case.

68. These social media posts include:

a. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him….
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

b. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving…..
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

c. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

d. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.
>
> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

e. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith to interfere with the ongoing appear at the U.S. Court of Appeals for the Eleventh Circuit:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

f. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith to interfere with the ongoing appeal at the U.S. Court of Appeals for the Eleventh Circuit:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

69. Furthermore, even in the event that the Loomer Defamation Case survived the summary judgment phase, Defendant Stone's social media posts were intended to harm Ms. Loomer's chances at mediation and at any eventual trial, where these posts—however false—would certainly have been introduced as evidence, as admissions against interests and otherwise, however false, against Ms. Loomer and Defendant Stone likely being called as a witness against her. Defendant Stone, given his pattern and practice of doing so, would have taken this opportunity to further falsely and maliciously smear Mr. Klayman and Ms. Loomer, which would have caused further harm to Mr. Klayman's legal relationship with the U.S. District Court for the Middle District of Florida.

70. Mr. Klayman has been severely harmed and damaged by Defendant Stone's tortious interference.

**Fourth Cause of Action**
**Unfair Competition Under Lanham Act 15 U.S.C. § 1125**

71. Defendant Stone has engaged in acts of unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125.

72. To succeed on a false advertising claim under . . . the Lanham Act, a plaintiff need only show that (1) the advertisements of the opposing party were false or misleading; (2) the advertisements deceived, or had the capacity to deceive, consumers; (3) the deception had a material effect on purchasing decisions; (4) the misrepresented product or service affects interstate commerce; and (5) the movant has been — or is likely to be — injured as a result of the false advertising." *Tree Def., LLC v. Mike Hurst Citrus Serv.,* No. 8:24-cv-2520-VMC-NHA, 2025 U.S. Dist. LEXIS 96405, at *4-5 (M.D. Fla. May 21, 2025)

73. Defendant Stone has made false and/or misleading statements that have deceived and/or had the tendency to deceive a substantial segment of the receiving audience. These statements include:

a. On April 7, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared, at least in part, on his behalf by Buschel and Smith at a minimum with regard to the legal phrase, "in all relevant jurisdictions."

> Laura, you're delusional and slipping into insanity. I've known Donald Trump for 50 years—you've known him for 50 minutes.
> He was revolted when you spread the rumor that you were having sex with him....
>
> This will really be fun since no lawyer will agree to represent you, and the only lawyer who will rep you, Larry Klayman, has been suspended from the practice of law by the bar in all relevant jurisdictions.
>
> Stop calling yourself an "independent" investigative journalist because you're PAID to post your bullshit on social media—and we both know what women who are paid to do things are called.

b. On April 8, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura, you can always tell when you're lying because your lips are moving.....
> You actively spread the rumor about you and the President, and you were actually happy when Bill Maher magnified it by simply reporting what you had planted. You will lose your lawsuit which is a whacky PUBLICITY STUNT because your lawyer is a buffoon.

c. On April 22, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> I've had my disagreements with @billmaher, who once called me "Donald Trump's Albino Assassin," but I predicted that Loomer would lose her lawsuit — and boy, did she.
>
> Larry Klayman was her lawyer.

d. On April 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> It figures! Disgraced former Trump flunky Corey Lewandowski, about to go to prison and what will be the biggest governmental corruption scandal in US history, is the one who let crazy Laura Lumer [sic] on Trump's campaign plane according to @LauraLoomer's incredibly stupid testimony in the trial Loomer lost with her lawyer Larry Klayman who is barred from practicing law in many Jurisdictions for ethical reasons.
>
> It's a variable trifecta of shitheads – Loomer/Lewandowski and Klayman.

e. On May 24, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> More laughable horseshit from self-important narcissist Laura Loomer. You won't sue me or 77WABC Radio because no lawyer in America will represent you and you could never survive discovery None of the so-called "receipts" you produce add up. I supported both "midnight hammer " and "epic fury" so calling me a Jew hater is your go-to tactic that won't work It's not that you have enemies it's that all of your friends hate you I've been here for 50 years and I'll be here long after you're gone If you're so tough, why have you blocked me ? You're a gutless vile little witch.

f. On June 13, 2026, Defendant Stone used the U.S. wires to post the following on X, which was prepared on his behalf, at least in part, by Buschel and Smith:

> Laura Loomer is so full of shit her eyes are brown. Thats why she had to be put in a mental institution twice and once told me she was considering hanging herself.
>
> Laura Loomer continues to be mentally unstable. This posting commends Tulsi Gabbard for exposing US financing of bio labs long denied by the Biden and Obama administrations Laura Loomer will not be in any future presidential campaign or Administration because one trusts her. Laura has been has institutionalized twice for mental instability, and once told me she was considering killing herself by hanging when she couldn't get her social media platforms restored.

74. Defendant Stone's false and/or misleading statements misrepresent the nature, characteristics, and qualities of Plaintiff Klayman's services as an attorney and conservative public interest advocate and misrepresent the nature, characteristics, and qualities of Mr. Klayman's friends and clients, such as Ms. Loomer and Dr. Corsi.

75. Defendant Stone's false and/or misleading statements are material because that were highly likely to mislead and influence supporters' decisions to provide financial support and sales to Defendant Stone instead of Mr. Klayman, in order to harm Mr. Klayman and cut off their financial support.

76. These false and misleading statements were made in interstate commerce, as they were widely broadcast on radio, on the internet, in social media, and elsewhere in this district, nationally and internationally.

77. Mr. Klayman has suffered significant damages, which are ongoing, due to Defendant Stone's false and/or misleading statements. By law these damages are calculated based on Defendant Stone's gross sales and receipts, which are trebled, plus an award of attorneys fees and costs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. Awarding Plaintiff compensatory including actual, consequential, incidental for Defendant Stone's illegal conduct in an amount in excess of $300,000,000 dollars or in an amount to be determined at by a jury at trial for damages caused to his personal, and professional reputations and good will in his trades and professions, as well as past, present and prospective financial losses, personally and professionally;

b. For treble damages pursuant to 18 U.S.C. § 1964(c) (RICO Statute);

c. For treble damages pursuant 15 U.S.C. § 1117(a) (Lanham Act) for intentional conduct, in the form of an award of three times the amount of Defendant Stone's gross receipts or profit, or Mr. Klayman's damages, whichever is greater, is greater, *NITV Fed. Servs., LLC v. Dektor Corp.*, 2019 U.S. Dist. LEXIS 227078, at *22 (S.D. Fla. May 17, 2019);

d. For reasonable attorneys' fees and costs of suit pursuant to 18 U.S.C. § 1964(c) (RICO Statute) and 15 U.S.C. § 1117 (Lanham Act) and as otherwise allowed by law;

e. For punitive damages with regard to Plaintiff's claim for tortious interference;

f. For preliminary and permanent injunctive relief restraining Defendant Stone from posting legally actionable publications about Mr. Klayman or his clients and friends on social media; and

g. Granting such other relief as the Court deems appropriate and necessary.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.**

Dated: August 26, 2026

Respectfully Submitted,

Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton FL 33433
Telephone: 561-558-5336
Email: leklayman@gmail.com

*PLAINTIFF PRO SE*

# EXHIBIT 1

# Judge orders Roger Stone to court over Instagram post

Politics Feb 19, 2019 4:36 PM EDT

WASHINGTON — A federal judge on Tuesday ordered Roger Stone to appear in court to consider whether to revoke his bail after the longtime Donald Trump confidant posted a photo on Instagram of the judge with what appeared to be crosshairs of a gun.

U.S. District Judge Amy Berman Jackson said Stone must show for a hearing Thursday afternoon and prove why she shouldn't modify or revoke his bail or implement a full gag order in his case.

On Monday, Stone posted a photo of Jackson with what appeared to be crosshairs near her head. Later in the day, Stone and his attorneys filed a notice with the court that they recognized the "photograph and comment today was improper and should not have been posted."

Stone said that the photo was "misinterpreted" and that it was "a random photo taken from the Internet." He dismissed any suggestion that he was trying to threaten the judge as "categorically false."

The political operative and self-described dirty trickster has pleaded not guilty to charges he lied to Congress, engaged in witness tampering and obstructed a congressional investigation into possible coordination between Russia and Trump's 2016 presidential campaign.

The charges stem from conversations he had during the 2016 election about WikiLeaks, the anti-secrecy group that released material stolen from Democratic groups, including Hillary Clinton's campaign.

Stone was arrested last month and is the sixth Trump aide or adviser charged in special counsel Robert Mueller's investigation. He's currently free on a $250,000 personal recognizance bond.

Last week, Jackson issued a limited gag order, which prevents Stone from discussing his case near the courthouse and generally bars his lawyers, prosecutors and witnesses from making public comments that could "pose a substantial likelihood" of prejudicing potential jurors. But the order did not constrain Stone from making other public comments about the prosecution or his case. Stone's lawyers argued that placing any limits on his public comments would infringe on his constitutionally protected right to free speech.

In implementing the limited gag order on Friday, Jackson said it was necessary to "maintain the dignity and seriousness of the courthouse and these proceedings."

Stone has maintained his innocence and blasted the special counsel's investigation as politically motivated. He has also criticized his case as involving only "process crimes."

On Tuesday, Stone posted a photo of a book he received from a supporter, writing in an Instagram post that he was praying that it "protects me from the fake news media who are smearing me and purposely misinterpreting everything I say."

Larry Klayman
7050 W. Palmetto Park Rd., Ste. 264
Boca Raton, FL 33433

U.S. District Court for the Middle District of Florida
Office of the Clerk
201 NW 2nd Ave
Ocala, FL 34475

FedEx Express

ORIGIN ID:RBWA (310) 595-0800
LARRY KLAYMAN

7050 WEST PALMETTO PARK ROAD
STE 264
BOCA RATON, FL 33433
UNITED STATES US

SHIP DATE: 26AUG26
ACTWGT: 0.55 LB
CAD: 6570876/ROSA2710

BILL THIRD PARTY

TO US DISTRICT COURT MIDDLE DIST. FL
OFFICE OF THE CLERK
201 NORTHWEST 2ND AVENUE

OCALA FL 34475
(000) 000-0000
INV:
PO: REF:
DEPT:

FedEx Express

E

J261026012001uv

REL# 3785346

TRK# 0201 8763 3558 5219

THU - 27 AUG 10:00A
FIRST OVERNIGHT

X1 OCFA

34475
FL-US MCO

nvelop
ecycle m

FedEx Express


Pull to open.
FedEx Monitoring Device
NOT FOR SALE
HS Code: 8517.69.90
@PUP
@POD
016574381
FedEx
Pull to remove.
Scan to learn how we