FILED - USDC - FLMD - OCA
AUG 27 2026 AM9:16

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

LARRY KLAYMAN

Plaintiff,

v.

ROGER STONE

Defendants.

**Case No.:** 5:26-cv-610 JSS PRL

**MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Plaintiff Larry Klayman ("Mr. Klayman") hereby moves the Court for leave to file electronically in this matter through the PACER/CM-ECF system.

The Court should grant this motion because Mr. Klayman is a member of this Court who has been suspended from representing clients, which suspension is being challenged in collateral proceedings. *See Klayman v. District of Columbia Court of Appeals et al,* 1:24-cv-02997 (D.D.C.). Unfortunately, his CM/ECF permissions to e-file have been revoked. Mr. Klayman respectfully requests leave to file electronically specifically in this case, where he is a *pro se* litigant. Mr. Klayman already has significant experience e-filing using this Court's CM/ECF portal and has all of the requisite software, including Adobe Acrobat Professional and an active Next Gen PACER/ECF account, in order to do so.

It would otherwise be cost-prohibitive for him to litigate this matter because he would have to pay for Federal Express or a process server each time he needs to make a filing. In addition, when pleadings are sent to the Clerk manually, they are not always filed by the Clerk

timely, as they can sit in an inbox for a period of time given workload. Thus, granting leave for Mr. Klayman to file electronically would also reduce the burden on the clerks of this Court who would otherwise have to manually scan each of his filings.

There would be no prejudice to any party or the Court if leave is granted, and doing so would greatly help conserve the time and resources of all parties involved.

WHEREFORE Mr. Klayman should be granted leave to file electronically in this matter. This would prejudice no party, and would, in fact, serve to facilitate this matter proceeding in a timely manner and reduce the workload of the clerks of this Court. Mr. Klayman respectfully requests expedited consideration as he needs to be able to make filings in this matter.

Date: August 26, 2026

Respectfully submitted,

Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

Plaintiff Pro Se

Larry Klayman
7050 W. Palmetto Park Rd., Ste. 264
Boca Raton, FL 33433

U.S. District Court for the Middle District of Florida
Office of the Clerk
201 NW 2nd Ave
Ocala, FL 34475

FedEx Express

ORIGIN ID:RBWA (310) 595-0800
LARRY KLAYMAN

7050 WEST PALMETTO PARK ROAD
STE 264
BOCA RATON, FL 33433
UNITED STATES US

SHIP DATE: 26AUG26
ACTWGT: 0.55 LB
CAD: 6570876/ROSA2710

BILL THIRD PARTY

TO US DISTRICT COURT MIDDLE DIST. FL
OFFICE OF THE CLERK
201 NORTHWEST 2ND AVENUE

OCALA FL 34475
(000) 000-0000
INV:
PO:
REF:
DEPT:

FedEx
Express

E

REL#
3785346

TRK# 0201 8763 3558 5219

THU - 27 AUG 10:00A
FIRST OVERNIGHT

X1 OCFA

34475
FL-US MCO

nvelop
ecycle m

FedEx Express


Pull to open.
FedEx Monitoring Device
NOT FOR SALE
HS Code: 8517.69.90
@PUP
@POD
016574381
FedEx
Pull to remove.
FedEx Express
Scan to learn how we