UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY KLAYMAN,

Plaintiff,

v. Case No: 5:26-cv-610-JSS-PRL

ROGER STONE,

Defendant.
___________________________________/

**ORDER TO SHOW CAUSE**

Upon review, the Plaintiff has failed to comply with the court's Order of August 28, 2026 (Dkt. 6) directing the Plaintiff to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that the Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on September 23, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record