UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY KLAYMAN,

Plaintiff,

v. Case No: 5:26-cv-610-JSS-PRL

ROGER STONE,

Defendant.
_______________________________/

**ORDER**

Upon review, Plaintiff has failed to comply with the court's Order to Show Cause (Dkt. 7) directing Plaintiff to show cause why the case should not be dismissed for failure to file a Notice of Pendency of Other Actions and a Disclosure Statement. **Plaintiff shall file the required Notice of Pendency of Other Actions and a Disclosure Statement within twenty days.** Plaintiff is hereby again warned that failure to comply with the court's Order shall result in dismissal of the case without further notice.

**ORDERED** in Orlando, Florida on October 13, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party