UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY KLAYMAN

Plaintiff,

v. Case No: 5:26-cv-610-JSS-PRL

ROGER STONE,

Defendant.

_______________________________________/

**ORDER**

Upon review, Plaintiff has failed to comply with the court's Orders (Dkt. 7 and Dkt. 9) directing Plaintiff to show cause why the case should not be dismissed for failure to file a Notice of Pendency of Other Actions and a Disclosure Statement. Plaintiff was warned that failure to respond to the Orders may result in dismissal of the case without further notice. Plaintiff has failed to comply with the court's Orders, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close the file. Upon filing (1) a motion to reopen the case establishing good cause and (2) the documents required by the court's Orders, this case may be reopened.

**ORDERED** in Orlando, Florida, on November 2, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties